Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEACO SHIPPING SA, a corporation; and MATSON NAVIGATION COMPANY, INC.<br><br>Defendants. | Case No. CV 18-8004-GW-MRWx<br><br>**ORDER OF DISMISSAL**<br><br>Action Filed: September 14, 2018 |

PURSUANT TO THE STIPULATION OF THE PARTIES, THIS ACTION IS DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: November 30, 2018

_____
GEORGE H. WU
United States District Judge